IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02551-KLM

Carlos Cuesta et al,

       Plaintiffs,

  vs.

Collective Properties – Mississippi, LLC,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, with consent of the Defendant, hereby inform the Court that the Parties have settled the above-captioned matter. Counsel for the Parties expect to file a stipulated dismissal with prejudice within the next sixty days. The Parties request that the Court enter a "60-day order" which will administratively terminate the action and moot all pending deadlines.

Respectfully submitted this 6th day of December 2022.

*s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
js@shadingerlaw.com
*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of December 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      */s/ Jon G. Shadinger Jr.*
      Jon G. Shadinger Jr., Esq.