IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02551-KLM

Carlos Cuesta et al,

      Plaintiffs,

  vs.

Collective Properties – Mississippi, LLC,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
*Attorney for Plaintiffs*

/s/ Brian T. Ray
Brian T. Ray, Esq.
Hatch Ray Olsen Conant LLC
730 Seventeenth Street, Suite 200
Denver, Colorado 80202
Phone (303) 567-6911
Office (303) 298-1800
Fax (303) 549-1987
bray@hatchlawyers.com
*Attorneys for Defendant*

Dated: December 21, 2022